THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KERRI ROBERTS, Respondent.

Submitted January 23, 2017; decided February 9, 2017

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

Judge WILSON taking no part.